# Court of Appeals
# of the State of Georgia

ATLANTA,  June 03, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1856.  MIKE REDFORD v. THERESA REDFORD.

Mike Redford filed this civil action against his ex-wife, seeking among other things a change of custody for the parties' children. When he filed the action, Redford was incarcerated in the Douglas County Jail; he is now confined at Calhoun State Prison.  The trial court dismissed Redford's petition to change custody, ruling that it lacked jurisdiction because the children are now adults. Redford then filed this direct appeal. We, however, lack jurisdiction.

Under the Prison Litigation Reform Act, any appeal in a civil case initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Because Redford was incarcerated when he initiated this action, he was required to file an application for discretionary appeal to seek review of the trial court's order. See *In the Interest of K. W.*, 233 Ga. App. 140, 140-141 (1) (503 SE2d 394) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human*

*Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Redford's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___06/03/2020___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*